```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-18-11
```

**MEMO ENDORSED**

**Law Office of Damien Brown**
26 Court Street, Suite 603
Brooklyn, New York 11242

**BY FAX (212) 805-7949**

The Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Derrick Plowden v. City of New York, et. al.</u>,
10 CV 07240 (PKC)

Your Honor:

I represent Derrick Plowden in this matter and write to inform Your Honor that the underlying criminal matter is still pending.

Mr. Sumit Sud, the attorney for the defendants, has consented to a sixty-day (60) extension of the stay to allow for a decision on Mr. Plowden's motion to dismiss the underlying criminal case pursuant to CPL §30.30. I have spoken to the Assistant District Attorney Felicty Lung, who has told me that she will not oppose the motion.

I have attached a copy of the criminal case docket for Your Honor's review.

Thank you for your consideration of this request.

Dated: April 15, 2011
Brooklyn, New York

Respectfully Submitted,

/s Damien Brown
Attorney for Plaintiff

Encl.

cc: Sumit Sud, Esq. (By Fax)

*[Handwritten endorsement:]* Date in this Court's Order of December 30, 2010 (DE 6) in extended from April 15, 2011 to June 15, 2011. SO ORDERED. /s/ P. Kevin Castel USDJ 4-18-11